**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2196**

ANTOINE D. MARTIN,

Plaintiff - Appellant,

v.

ROY COOPER, Governor of the State of North Carolina; MR. JOSHUA STEIN, Attorney General of the State of North Carolina; ERIK A. HOOKS, Secretary of the North Carolina Department of Public Safety; HERTFORD COUNTY SHERIFF'S OFFICE; DEXTER HAYES, Sheriff; LT. MARTY DAVIS, Major; ANDREW WOMBLE, District Attorney (District 01); SETH EDWARDS, District Attorney (District 02); FARIS DIXON, District Attorney (District 03A); SCOTT THOMAS, District Attorney (District 03B); ERNIE LEE, District Attorney (District 04); BEN DAVID, District Attorney (District 05); VALERIE ASBELL, District Attorney (District 06); ROBERT EVANS, District Attorney (District 07); MATTHEW DELBRIDGE, District Attorney (District 08); MIKE WATERS, District Attorney (District 09); JACQUELINE PEREZ, District Attorney (District 09A); NANCY LORRIN FREEMAN, District Attorney (District 10); VERNON STEWART, District Attorney (District 11A); SUSAN DOYLE, District Attorney (District 11B); BILLY WEST, District Attorney (District 12); JON DAVID, District Attorney (District 13); SATANA DEBERRY, District Attorney (District 14); SEAN BOONE, District Attorney (District 15A); JIM WOODALL, District Attorney (District 15B); KRISTY NEWTON, District Attorney (District 16A); MATT SCOTT, District Attorney (District 16B); REECE SAUNDERS, District Attorney (District 16C); JASON RAMEY, District Attorney (District 17A); RICKY BOWMAN, District Attorney (District 17B); AVERY CRUMP, District Attorney (District 18); ROXANN VANEEKHOVEN, District Attorney (District 19A); ANDY GREGSON, District Attorney (District 19B); BRANDY COOK, District Attorney (District 19C); MAUREEN KRUEGER, District Attorney (District 19D); LYNN CLODFELTER, District Attorney (District 20A); TREY ROBINSON, District Attorney (District 20B); JAMES O'NEILL, District Attorney (District 21); SARAH KIRKMAN, District Attorney (District 22A); GARRY FRANK, District Attorney (District 22B); TOM HORNER, District Attorney (District 23); SETH BANKS, District Attorney (District 24); SCOTT REILLY, District Attorney (District 25); SPENCER

MERRIWEATHER, District Attorney (District 26); LOCKE BELL, District Attorney (District 27A); MIKE MILLER, District Attorney (District 27B); TODD WILLIAMS, District Attorney (District 28); TED BELL, District Attorney (District 29A); GREG NEWMAN, District Attorney (District 29B); ASHLEY WELCH, District Attorney (District 30),

                                   Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. Terrence W. Boyle, Chief District Judge. (2:19-cv-00002-BO)

_____

Submitted: March 10, 2020                              Decided: March 12, 2020

_____

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Antoine D. Martin, Appellant Pro Se. Kathryn Hicks Shields, Assistant Attorney General, Tammera Sudderth Hill, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Rudolf Alexander Garcia-Gallont, WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine D. Martin appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2018) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Martin v. Cooper*, No. 2:19-cv-00002-BO (E.D.N.C. Oct. 7, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*